UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
NORTHERN DIVISION

LARON LOVING #971900,

    Plaintiff,

v.

TINA CUMMINGS,

    Defendant.

_____/

Case No. 2:22-cv-209

HONORABLE PAUL L. MALONEY

**JUDGMENT**

In accordance with the Order entered on this date:

**IT IS HEREBY ORDERED** that Judgment is entered.

Dated: September 25, 2024

/s/ Paul L. Maloney
Paul L. Maloney
United States District Judge